# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCPHEE, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | Case No. 3:25-cv-07947-CRB<br>Judge: Hon. Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AMANDA MAYO'S ADMINISTRATIVE MOTION TO RELATE CASES |
| JONATHAN WALSTON, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | Case No. 3:25-cv-07949-TSH<br>Judge: Hon. Thomas S. Hixson |
| AMANDA CHAVIRA and LAKWAME WARNER, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | Case No. 3:25-cv-07958-TSH<br>Judge: Hon. Thomas S. Hixson |
| BILLY YODER, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v. | Case No. 3:25-cv-07972-SK<br>Judge: Hon. Sallie Kim |

-2-

| | |
|---|---|
| PROSPER FUNDING, LLC, <br><br> Defendant. | |
| TRAVIS PARK, Individually and on Behalf of All others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PROSPER FUNDING, LLC, AND PROSPER MARKETPLACE, INC. <br><br> Defendants. | Case No. 3:25-cv-07977-TSH <br> Judge: Hon. Thomas S. Hixson |
| ALEXANDRES G. VALENCIA, Individually and on Behalf of All others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PROSPER FUNDING, LLC, <br><br> Defendant. | Case No. 3:25-cv-08169-TSH <br> Judge: Hon. Thomas S. Hixson |
| AMANDA MAYO, Individually and on Behalf of All others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PROSPER FUNDING, LLC AND PROSPER MARKETPLACE, INC., <br><br> Defendants. | Case No.: 3:25-cv-08177 <br> Judge: Not yet assigned |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AMANDA MAYO'S ADMINISTRATIVE MOTION TO RELATE CASES

This matter comes before the Court on Plaintiff Amanda Mayo's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civ. L. R. 3-12 and 7-11.

This Court, having considered Plaintiff's Motion to relate *Mayo v. Prosper Funding, LLC et al.*, No. 3:25-cv-08177; *McPhee v. Prosper Funding, LLC*, No. 3:25-cv-07947-CRB; *Walston v. Prosper Funding, LLC*, No. 3:25-cv-07949-TSH; *Chavira et al., v. Prosper Funding, LLC*, No. 3:25-cv-07958-TSH; *Yoder v. Prosper Funding, LLC*, No. 3:25-cv-07972-SK; *Park v. Prosper Funding, LLC et al.*, No. 3:25-cv-07977-TSH; and *Valencia v. Prosper Funding, LLC.*, No. 3:25-cv-08169-TSH, and good cause appearing, HEREBY GRANTS the motion.

These Actions concern substantially the same parties, property, transactions, or events, and it appears likely that proceeding before different judges would result in unduly burdensome duplication of labor or expense or risk conflicting rulings. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

Dated: October 6, 2025

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF AMANDA MAYO'S ADMINISTRATIVE MOTION TO RELATE CASES